UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SKILLZ PLATFORM INC., a Delaware corporation,<br><br>*Plaintiff*,<br><br>v.<br><br>VOODOO SAS, a foreign corporation; ESPORT NEWCO SAS, a foreign corporation; and ESPORT NEWCO US CORP., a Delaware corporation,<br><br>*Defendants*. | Civil Action No. 1:24-cv-04991-VSB |

**FEDERAL RULE OF CIVIL PROCEDURE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS VOODOO SAS, ESPORT NEWCO SAS, AND <u>ESPORT NEWCO US CORP.</u>**

Defendants Voodoo SAS, Esport Newco SAS, and Esport Newco US Corp. (together, "Defendants"), by and through their undersigned attorneys, and for their disclosure statement pursuant to Federal Rule of Civil Procedure 7.1, submit the following statement of corporate interests to enable the Court to evaluate possible disqualification or recusal:

1. Stan Holding SAS is the parent corporation of Voodoo SAS.

2. Voodoo SAS is the parent corporation of Esport Newco SAS.

3. Esport Newco SAS is the parent corporation of Esport Newco US Corp.

| | |
|---|---|
| Dated: July 26, 2024 | Respectfully Submitted,<br><br>*s/ Harold K. Gordon*<br>Harold K. Gordon<br>JONES DAY<br>250 Vesey St.<br>New York, NY 10281<br>Ph: (212) 326-3740<br>Fx: (212) 755-7306<br>Email: hkgordon@jonesday.com<br><br>*Attorney for Defendants Voodoo SAS, Esport Newco SAS, and Esport Newco US Corp.* |