# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
34th Floor
New York, New York 10036

Craig Carpenito
Partner
Direct Dial: +1 212 556 2142
ccarpenito@kslaw.com

January 16, 2025

**BY ECF**

Hon. Vernon S. Broderick
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

      **Re:**     ***Skillz Platform Inc. v. Voodoo SAS, et al.*, No. 24 Civ. 04991 (S.D.N.Y.)**

Dear Judge Broderick:

      I write on behalf of Plaintiff Skillz Platform Inc. ("Skillz") in the above-captioned matter regarding Skillz's Renewed Motion for a Preliminary Injunction and Expedited Discovery (the "Motion"). *See* ECF No. 50. The Motion has been fully briefed as of November 27, 2024. *See* ECF No. 85.

      If Your Honor wishes to hear from the parties before issuing a decision on the Motion, Skillz respectfully requests that the Court set a date for a hearing.

      As always, we appreciate Your Honor's time and consideration.

                         Respectfully submitted,

                         */s/ Craig Carpenito*
                         Craig Carpenito

cc:     All Counsel of Record (via ECF)