**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
SKILLZ PLATFORM INC.,

                Plaintiff,                **ORDER**

      -against-                **24-CV-4991 (VSB) (JW)**

VOODOO SAS, *et al.*,

                Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On June 12, 2025, this Court held an Initial Case Management Conference where counsel for all Parties were present. No case management plan was adopted by this Court. As discussed at the conference, Defendants may file a three-page letter **by June 20, 2025,** regarding the alleged impact of Plaintiff's use of its "determined outcome matcher" on whether discovery should be stayed. Plaintiff's reply, if any, is **due June 27, 2025**. The Parties are directed to order a transcript of the June 12th conference and file a copy on the docket.

    SO ORDERED.

DATED:    New York, New York
                June 12, 2025

                                                      JENNIFER E. WILLIS
                                                      United States Magistrate Judge