UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SKILLZ PLATFORM INC.,

                Plaintiff,   **ORDER**

    -against-   **24-CV-4991 (VSB) (JW)**

VOODOO SAS, *et al.*,

               Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

    The Court is in receipt of a series of filings from the Parties. See Dkt. Nos. 100–01, 104–08, 111. The Parties are ordered to attend an **in-person** conference on **July 23, 2025, at 2:00 PM**. The conference will take place in Courtroom 228, Thurgood Marshall Courthouse 40 Foley Square, New York, NY.

    SO ORDERED.

DATED:   New York, New York
              July 11, 2025

                                                           JENNIFER E. WILLIS
                                                           United States Magistrate Judge