UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SKILLZ PLATFORM INC.,

                        Plaintiff,                    **ORDER**

        -against-

                                                 **24-CV-4991 (VSB) (JW)**

VOODOO SAS, *et al.*,

                        Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On July 23, 2025, this Court held a discovery conference in this matter. For reasons stated in more detail on the record, the following decisions were made:

- Defendants' motion to stay discovery is **DENIED**.

- Defendants motion to bifurcate discovery is **DENIED**.

- Plaintiff's motion to expedite discovery is **DENIED**.

- The Parties' motions to seal Dkt. Nos. 101, 106, 108 are **GRANTED**.

- The Parties are ordered to file a new proposed case management plan by **July 30, 2025**.

- Plaintiff is ordered to file a status update to Judge Broderick informing the Court whether it is still seeking a preliminary injunction by **July 30, 2025**.

The Parties are directed to order a copy of the transcript of the July 23rd conference. The Parties shall review the transcript, and if they seek to redact any information, either Party may file a letter request to seal that transcript before its filing.

**The Clerk of Court is respectfully requested to close Dkt. Nos. 67, 100, 105, 107.**

SO ORDERED.

DATED:   New York, New York
July 23, 2025

_____
JENNIFER E. WILLIS
United States Magistrate Judge

2