**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SKILLZ PLATFORM INC.,

                              Plaintiff,                               **<u>ORDER</u>**

           -against-                          **24-CV-4991 (VSB) (JW)**

VOODOO SAS, *et al.*,

                              Defendants.
-----------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

      On July 30, 2025, the Parties, at this Court's request, filed another proposed case management plan.  Dkt. No. 122.  For the second time, the Parties were unable to agree on discovery deadlines.  Before discovery even began, the Parties in this matter had been anything but cooperative with each other, which has led to a series of disputes requiring judicial intervention.  <u>See</u> Dkt. Nos. 115, 118.  The Parties July 30th plan continues this trend.  <u>See</u> Dkt. No. 122.

      Given the Parties failure to agree, this Court now sets the following discovery schedule for this matter:

- Requests for Production are **due September 15, 2025.**

- Supplementation Supplementations under Rule 26(e) must be made within a reasonable period of time after discovery of such information.

- Informal Disclosures are **due September 15, 2025.**

- Written discovery shall be completed by **March 13, 2026**.

- The last date to amend either pleading under this plan is **April 13, 2026**.

- Depositions are limited to eight 30(b)(1)'s and one 30(b)(6) and shall be completed by **April 27, 2026**.

- Fact discovery shall close by **May 18, 2026**.

- The Parties shall exchange opening expert reports by **June 15, 2026**, expert rebuttal reports, if any, by **July 13, 2026**, and expert depositions shall be completed by **August 17, 2026**.

The Parties are forewarned that, absent extraordinary circumstances, no deadlines in this plan will be extended. The Parties are also forewarned, unless otherwise ordered, that no future discovery disputes will alter or pause these deadlines. Beyond mere disagreement with the deadlines, any missing deadlines or questions regarding these deadlines shall be filed in a letter to this Court by **August 15, 2025.** Moreover, the Parties are ordered to file a joint status letter on the date of each deadline confirming they have met the relevant deadline.

On July 23, 2025, this Court ordered Plaintiff to provide Judge Broderick with an update on whether it continues to seek a preliminary injunction. Dkt. No. 118. While Plaintiff has now complied with that order, in the proposed case management plan Plaintiff asks that this Court to grant its proposal to Defendants regarding the preliminary injunction. Dkt. Nos. 122–23. This Court has not been referred Plaintiff's request for a preliminary injunction. Unless and until such motion is referred, any arguments or requests directed to this Court regarding the request for a preliminary injunction are inappropriate.

SO ORDERED.

2

DATED:    New York, New York
            August 6, 2025

JENNIFER E. WILLIS
United States Magistrate Judge