UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SKILLZ PLATFORM INC.,

                Plaintiff,

-against-

VOODOO SAS, *et al.*,

                Defendants.
------------------------------------------------------------------X

**ORDER**

**24-CV-4991 (VSB) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of various letter motions from the parties. See Dkt. Nos. 129–133. The parties are ordered to attend an in-person conference on **November 4, 2025, at 10:30 AM** for oral argument on these issues. The conference will take place in Courtroom 228, Thurgood Marshall Courthouse at 40 Foley Square, New York, NY.

    SO ORDERED.

DATED:    New York, New York
                October 8, 2025

                                                                 *Jennifer E. Willis*
                                                                JENNIFER E. WILLIS
                                                                 United States Magistrate Judge