**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
SKILLZ PLATFORM INC.,

                      Plaintiff,                      **ORDER**

         -against-                    **24-CV-4991 (VSB) (JW)**

VOODOO SAS, *et al.*,

                      Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court is in receipt of new discovery disputes raised by the parties at Dkt. Nos. 135–138. The parties' request to include these disputes for consideration during the November 4, 2025 conference is GRANTED.

      SO ORDERED.

DATED:    New York, New York
              October 27, 2025

                                                            */s/ Jennifer E. Willis*
                                                            JENNIFER E. WILLIS
                                                            United States Magistrate Judge