**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
SKILLZ PLATFORM INC.,

                Plaintiff,                      **ORDER**

        -against-                     **24-CV-4991 (VSB) (JW)**

VOODOO SAS, *et al.*,

                Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

        The Court is in receipt of Plaintiff's new discovery disputes discussed in Dkt. Nos. 140–41. Plaintiff's unopposed request to include these disputes for consideration during the November 4, 2025 conference is GRANTED.

        SO ORDERED.

DATED:    New York, New York
                November 3, 2025

                                                          JENNIFER E. WILLIS
                                                          United States Magistrate Judge