UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SKILLZ PLATFORM INC.,

                    Plaintiff,                    **ORDER**

        -against-                  **24-CV-4991 (VSB) (JW)**

VOODOO SAS, *et al.*,

                    Defendants.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court has reviewed the parties' joint letter regarding the definition of "Bot" as used in Plaintiff's discovery requests. Dkt. No. 152. The Court understands that the parties were unable to reach an agreement. The Court orders that the parties use the following definition of "Bot":

      "Bot" means any:

i. algorithm, robot, robot strategy, robot kind, computer, server, client, software entity, software module or agent, computerized opponent, or any other technology;

ii. that in any way:

    a. <u>makes movements in game</u> play <u>in response to stimuli</u> to ~~or~~ compete in any match(es), tournament(s), and/or game(s) ~~(including, without limitation, where such playing or competing was originally performed by a human player but is implemented in a subsequent match, tournament, or game)~~;

b. ~~generates score(s) for any match(es), tournament(s), or game(s) (including, without limitation, scores from or based on gameplay or competition originally performed by a human player);~~

c. imitates, emulates, represents, or stands in for a competing player. ~~and/or~~

d. ~~uses previous scores from or games played by a competing player in any game, match, or tutorial (whether or not by representing a human player, or the historical score, historical playing patterns, or past actions of a human player (e.g., a "historical playthrough" opponent)).~~

For the avoidance of doubt, any account, player, or username that enters into a real-cash or "gem" match, tournament, and/or game, whereby its score achieved is determined by anything other than the contemporaneous gameplay of a human player associated with the account, player, or username, is a "Bot."

SO ORDERED.

DATED:   New York, New York
         November 18, 2025

_____
JENNIFER E. WILLIS
United States Magistrate Judge