**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SKILLZ PLATFORM INC.,

                    Plaintiff,

            -against-

VOODOO SAS, *et al.*,

                    Defendants.
-----------------------------------------------------------------X

**ORDER**

**24-CV-4991 (VSB) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court is in receipt of the Parties' letter motions discussed at Dkt. Nos. 136, 148, 165, and 166. The Parties are ordered to appear before the Court to address these issues on **December 15, 2025, at 11:30 AM**. The conference will take place in Courtroom 228, Thurgood Marshall Courthouse at 40 Foley Square, New York, NY.

      SO ORDERED.

DATED:    New York, New York
               December 10, 2025

*(signature)*
JENNIFER E. WILLIS
United States Magistrate Judge