**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
SKILLZ PLATFORM INC.,

                         Plaintiff,

           -against-

VOODOO SAS, *et al.*,

                    Defendants.
-------------------------------------------------------------------X

                            **ORDER**

                          **24-CV-4991 (VSB) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Parties appeared before the Court to addresses Defendants' outstanding letter motion to compel at Dkt. No. 153 and outstanding protective order issues.  For reasons stated more fully on the record, the Court orders the following:

- Because Plaintiff did not have a chance to meaningfully respond to Defendants' last round of proposed edits to the Protective Order before the Court entered the original order, the Court STRIKES the previously entered Protective Order at Dkt. No. 164.

- The Court orders the Parties to file an updated Protective Order implementing the below changes.  The Parties are to provide the Court with both a clean copy and redlined copy from the Court's previously entered Protective Order at Dkt. No. 164 by **December 19, 2025**.

  - **Section I.L.**:  The Parties shall update "not in the business of developing mobile games" to "not in the business of developing real money skill-based games."

- o **Section III.C.**: The Parties are to remove language requiring that all physical copies of Protected Material retained by experts be returned to the opposing party.

- o **Section V.F.**: The Parties shall delete language barring experts who receive Highly Confidential material "from making any copies of such material."

- Defendants' letter motion to compel at Dkt. No. 153 is GRANTED in part and DENIED in part. Defendants' requests for production related to player complaints (RFP Nos. 45, 49) is GRANTED. The remainder of Defendants' letter motion to compel is DENIED.

- The Parties are directed to order a copy of today's transcript and provide a courtesy copy to the Court at willisnysdchambers@nysd.uscourts.gov.

**The Clerk of Court is respectfully requested to close Dkt. Nos. 148 and 153.**

SO ORDERED.

DATED:    New York, New York
          December 15, 2025

_____
JENNIFER E. WILLIS
United States Magistrate Judge

2