**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
SKILLZ PLATFORM INC.,

                         Plaintiff,                                **ORDER**

       -against-                                  **24-CV-4991 (VSB) (JW)**

VOODOO SAS, *et al.*,

                        Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Parties are ordered to appear for oral argument on Plaintiff's Renewed Motion for a Preliminary Injunction and Expedited Discovery at Dkt. No. 50 on **January 21, 2026, at 1:00 PM** in Courtroom 228. The hearing will be held in Courtroom 228, Thurgood Marshall Courthouse at 40 Foley Square, New York, NY.

      **The Clerk of Court is respectfully requested to close Dkt. No. 86.**

      SO ORDERED.

DATED:     New York, New York
              January 5, 2026

                                      *Jennifer E. Willis*
                                 JENNIFER E. WILLIS
                                United States Magistrate Judge