**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SKILLZ PLATFORM INC.,

                      Plaintiff,                     **ORDER**

        -against-                     **24-CV-4991 (VSB) (JW)**

VOODOO SAS, *et al.*,

                      Defendants.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

        The Parties are directed to order a transcript of the January 21, 2026 preliminary injunction hearing and provide the Court with a courtesy copy via email at willisnysdchambers@nysd.uscourts.gov.

        SO ORDERED.

DATED:    New York, New York
               January 21, 2026

                                                      JENNIFER E. WILLIS
                                                      United States Magistrate Judge