**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SKILLZ PLATFORM INC.,

                    Plaintiff,                          **ORDER**

        -against-                       **24-CV-4991 (VSB) (JW)**

VOODOO SAS, *et al.*,

                    Defendants.
-----------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court is in receipt of the letter motions to compel at Dkt. Nos. 179 and

184.  The parties are ordered to appear for oral argument these issues on **April 8,**

**2026, at 1:30 PM**.  The hearing will be held in Courtroom 228, Thurgood Marshall

Courthouse at 40 Foley Square, New York, NY.

      SO ORDERED.

DATED:    New York, New York
           February 25, 2026

                               *Jennifer E. Willis*
                                JENNIFER E. WILLIS
                                United States Magistrate Judge