**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
SKILLZ PLATFORM INC.,

                      Plaintiff,

            -against-

VOODOO SAS, *et al.*,

                   Defendants.
------------------------------------------------------------------X

**ORDER**

**24-CV-4991 (VSB) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of the parties' letter motions and subsequent responses at Dkt. Nos. 188, 190, 192, 196, and 197.  The parties should be ready to address these letter motions during the April 8, 2026 conference at 1:30 PM.  SO ORDERED.

      SO ORDERED.

DATED:    New York, New York
           March 24, 2026

                                          _____
                                          JENNIFER E. WILLIS
                                          United States Magistrate Judge