**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SKILLZ PLATFORM INC.,

                         Plaintiff,                        **ORDER**

          -against-                    **24-CV-4991 (VSB) (JW)**

VOODOO SAS, *et al.*,

                        Defendants.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

Consistent with the Court's previous rulings (see Dkt. No. 120, 201), the parties' various motions to seal at Dkt. Nos. 147, 154, 159, and 162 are **GRANTED**.

**The Clerk of Court is respectfully requested to close Dkt. Nos. 147, 154, 159, and 162.**

SO ORDERED.

DATED:    New York, New York
            April 2, 2026

                                      JENNIFER E. WILLIS
                                      United States Magistrate Judge