**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
SKILLZ PLATFORM INC.,

                        Plaintiff,                    **ORDER**

      -against-                    **24-CV-4991 (VSB) (JW)**

VOODOO SAS, *et al.*,

                        Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The parties appeared before the Court on April 8, 2026 for an in-person discovery conference. For reasons more fully stated on the record, the Court orders the following:

- Dkt. No. 179

    o Plaintiff's request for game play logs (RFP Nos. 17 and 33) is **GRANTED in part**. Defendants have confirmed with Plaintiff and the Court that one week's worth of log data was previously provided to Bulletproof for testing during the June 2024 timeframe. Defendants are therefore ordered to produce *newly extracted* data covering the following one-week period: September 12, 2023 to September 18, 2023.

    o Plaintiff's request for legal opinions is **GRANTED**, but the request must be modified to mirror Judge Cotes' December 10, 2024, discovery ruling in the Skillz v. Papaya (No. 24 Civ. 1646) case.

- Dkt. No. 184

  o Defendants' request for discovery regarding non-cash games is **DENIED**.

  o Defendants' request to compel Plaintiff to provide a more substantive response to Defendants' Interrogatory No. 6 regarding damages calculations is **GRANTED**.

  o Because Defendants indicated their willingness to withdraw the remaining discovery disputes at issue and narrow them according to the Court's findings on relevance, the Court need not rule on the remaining disputes outlined in their letter.

- Dkt. No. 188

  o Defendants represented that they intend on producing the remaining documents responsive to Plaintiff's 28 RFPs within three weeks. As such, the Court need not rule on Plaintiff's request.

  o The Court also finds that Plaintiff's requests for source code and additional names for deposition are not yet ripe and therefore **DENIES** those requests without prejudice.

- Dkt. No. 192

  o Plaintiff's request to extend the discovery schedule is **GRANTED**. The amended discovery schedule is as follows:

    § Written discovery: June 12, 2026

    § Amend Pleadings: July 10, 2026

- ▪ Depositions: July 24, 2026

- ▪ Fact Discovery: August 14, 2026

- ▪ Expert Reports

  - Opening: September 11, 2026

  - Rebuttal: October 16, 2026

  - Depositions: November 20, 2026

- Dkt. Nos. 199 and 203

  - The Court **GRANTS** Plaintiff's request to compel Defendants to respond to Plaintiff's discovery requests as enumerated in Dkt. Nos. 199 and 203. Given the extension of the discovery schedule, the Court declines to quash these discovery requests based on Defendants' timeliness objections. Defendants are to serve responses and objections to Plaintiffs' discovery requests within 30 days of this order. The parties are then directed to meet and confer in good faith to resolve any disputes and are free to file letter motions for matters that require court intervention.

- The parties are to file a monthly joint status letter, beginning on **May 6, 2026**, outlining the status of discovery and any anticipated discovery disputes that require Court intervention. The letter shall be no more than six pages single spaced.

- The parties are directed to order a transcript of the April 8th conference and provide a courtesy copy to the Court.

**The Clerk of Court is respectfully requested to close Dkt. Nos. 179, 184, 188, 192, 199, and 203.**

SO ORDERED.

DATED:    New York, New York
            April 9, 2026

_____
JENNIFER E. WILLIS
United States Magistrate Judge