# KING & SPALDING

King & Spalding LLP
110 N Wacker Drive
Suite 3800
Tel: +1 312 995 6333
Fax: +1 312 995 6330
www.kslaw.com

Lazar P. Raynal
Partner
Direct Dial: +1 312 764 6947
lraynal@kslaw.com

May 6, 2026

**VIA ECF**

Honorable Jennifer E. Willis
United States Magistrate Judge
Southern District of New York
40 Foley Square, Room 425
New York, NY 10007

Re: *Skillz Platform Inc. v. Voodoo SAS, et al.*, No. 1:24-cv-04991 (S.D.N.Y.)

Dear Magistrate Judge Willis:

Pursuant to Rule II.E of Your Honor's Individual Practices in Civil Cases, we write on behalf of Plaintiff Skillz Platform Inc. ("Skillz") concerning the filing under seal of the parties' forthcoming Joint Status Letter.

The Court ordered the parties to file monthly joint status letters beginning on May 6, 2026, outlining the status of discovery and any anticipated discovery disputes that require Court intervention. *See* ECF No. 209. In connection with this month's Joint Status Letter, Skillz refers to certain documents that Voodoo has designated as Highly Confidential–Attorneys' Eyes Only under the parties' Joint and Stipulated Protective Order (ECF No. 175) and which Voodoo contends contains protected material. The Protective Order requires the parties to file under seal or redact any information that a Producing Party has designated as Protected Material. *See* ECF No. 175, § V.L.

Accordingly, Skillz seeks leave to file a sealed Joint Status Letter and a public redacted letter.

As always, Skillz appreciates the Court's time and attention.

Respectfully submitted,

*Lazar Raynal*

Lazar Raynal

cc:    All Counsel of Record (ECF and electronic mail)