**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SKILLZ PLATFORM INC.,

<table>
<tr><td>Plaintiff,</td><td><u>**ORDER**</u></td></tr>
<tr><td>-against-</td><td>**24-CV-4991 (VSB) (JW)**</td></tr>
</table>

VOODOO SAS, *et al.*,

Defendants.
-----------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of the parties' joint letter at Dkt. No. 223, Defendants'

supplemental letter at Dkt. No. 224, and Plaintiffs' subsequent response at Dkt. No.

227.

The Court is disappointed that it must hear such menial disputes between the

parties and expects more from counsel. Out of an avoidance of doubt, all future joint

letters must abide by the following:

- The joint status letters are meant to brief the Court on outstanding issues that

  the parties have discussed during the meet and confer process. The Court **will**

  **not** consider any discovery issues—in future joint status letters or motions to

  compel—that do not abide by this simple requirement.

- The parties are to identify outstanding issues to the other side **at least five**

  **days before** the joint status letter is due so that all sides can meaningfully

  engage with the outstanding issues.

- Every issue identified by one side must include a response from the other party

  directly addressing the issue and with their position.

- For every outstanding dispute, the parties must state when and for how long the parties met and conferred about the issue.

- Future joint letters shall be no more than 6 pages single-spaced. If the parties require more pages, they may request leave from the Court.

SO ORDERED.

DATED:   New York, New York
         May 12, 2026

_Jennifer E. Willis_
JENNIFER E. WILLIS
United States Magistrate Judge

2