**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
SKILLZ PLATFORM INC.,

                            Plaintiff,                      **ORDER**

      -against-                         **24-CV-4991 (VSB) (JW)**

VOODOO SAS, *et al.*,

                            Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of the parties' various motions to seal at Dkt. Nos. 214, 218, 221, 225, 232, 233 and 239.

Consistent with the Court's previous rulings (see Dkt. No. 120, 201) regarding sealed documents in the Papaya case, the motion to seal at Dkt. No. 239 is **GRANTED**.

Further, the parties' various motions to seal at Dkt. Nos. 214, 218, 232, and 233, which seek to seal commercially sensitive business information, are **GRANTED**.

However, the requests to seal at Dkt. Nos. 221 and 225 are **DENIED** with leave to refile. While the letters state that the documents contain information that is designated as Highly Confidential – Attorney's Eyes Only under the parties' joint and stipulated protective order, the parties must provide the Court with more detail regarding the basis of the sealing request.

**The Clerk of Court is respectfully requested to close Dkt. Nos. 214, 218, 221, 225, 232, 233 and 239.**

SO ORDERED.

DATED:    New York, New York
          May 27, 2026

_____
JENNIFER E. WILLIS
United States Magistrate Judge