# JONES DAY

250 VESEY STREET  •  NEW YORK, NEW YORK  10281.1047

TELEPHONE: +1.212.326.3939  •  JONESDAY.COM

Direct Number:  +1.212.326.3740
hkgordon@jonesday.com

June 9, 2026

**VIA ECF**

Hon. Jennifer E. Willis
United States District Court
Southern District of New York
40 Foley Square, Room 425
New York, NY 10007

Re: *Skillz Platform Inc. v. Voodoo SAS, et al.*, No. 1:24-cv-04991

Dear Judge Willis:

We write on behalf of Defendants to request a telephonic conference with the Court and counsel for Plaintiff Skillz Platform, Inc. ("Skillz") regarding Defendants' request for an extension of the discovery schedule (ECF No. 247, at 4) in light of the deadline for written discovery that is currently set for this Friday, June 12, 2026 (ECF No. 209).

In particular, discovery is still ongoing, there are documents outstanding from both sides yet to be produced, and motions to compel from both sides that are still pending (*e.g.*, ECF Nos. 203, 229, 241). In addition, Defendants' Motion to Dismiss the First Amended Complaint filed on October 16, 2024 (ECF Nos. 62-66) is still pending before Judge Broderick. As Defendants have not yet filed an Answer given their pending dismissal motion, Defendants have been precluded from taking discovery relevant to their affirmative defenses. *See* Nov. 4, 2025 Hr'g Tr. (ECF No. 149), at 204:9-15 (noting that discovery relevant to the unclean hands defense "isn't ripe" and is "premature" because "we don't have an answer"); *see also* ECF No. 170 (denying Defendants' motion to compel filed at ECF 153 except as to player complaints). Defendants first raised this issue by letter on March 13, 2026 when Defendants requested that any extension of the discovery schedule be limited to their affirmative defenses should their Motion to Dismiss be denied (ECF No. 197, at 2). Defendants raised the issue again during the April 8, 2026 conference (ECF No. 210, at 96:22-97:4), in the parties' May 6, 2026 joint letter (ECF No. 223, at 6), and again in the June 8, 2026 joint letter (ECF No. 247, at 4).

In light of this Friday's written discovery deadline, Defendants respectfully request a telephonic conference with the Court today or on June 10, 2026 to discuss a suitable discovery extension. Defendants informed Skillz's counsel that they would be making this request during the parties' meet and confer call held on June 8, 2026. Defendants sent an email to the Court regarding this request and Skillz responded on June 8, 2026.

Defendants thank the Court in advance for its assistance and attention to this matter..

AMSTERDAM  •  ATLANTA  •  BEIJING  •  BOSTON  •  BRISBANE  •  BRUSSELS  •  CHICAGO  •  CLEVELAND  •  COLUMBUS  •  DALLAS
DETROIT  •  DUBAI  •  DÜSSELDORF  •  FRANKFURT  •  HONG KONG  •  HOUSTON  •  IRVINE  •  LONDON  •  LOS ANGELES  •  MADRID
MELBOURNE  •  MEXICO CITY  •  MIAMI  •  MILAN  •  MINNEAPOLIS  •  MUNICH  •  NEW YORK  •  PARIS  •  PERTH  •  PITTSBURGH
SAN DIEGO  •  SAN FRANCISCO  •  SÃO PAULO  •  SHANGHAI  •  SILICON VALLEY  •  SINGAPORE  •  SYDNEY  •  TAIPEI  •  TOKYO  •  WASHINGTON

JONES DAY

Hon. Jennifer E. Willis
June 9, 2026
Page 2

Respectfully submitted,

*/s/ Harold K. Gordon*

Harold K. Gordon

JONES DAY