UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SKILLZ PLATFORM INC.,

                       Plaintiff,

          -against-

VOODOO SAS, *et al.*,

                    Defendants.
-------------------------------------------------------------------X

                      **ORDER**

                    **24-CV-4991 (VSB) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The parties appeared before the Court on June 24, 2026 for an in-person discovery conference. For reasons more fully stated on the record, Defendants' letter motion to quash the subpoena that Plaintiff served on nonparty Gaming Laboratories International, LLC ("GLI") at Dkt. No. 259 is **GRANTED** as to the source code and **DENIED** otherwise. In the event GLI has already produced source code to Plaintiff, the source code must be destroyed. Further, Plaintiffs are required to provide a copy of this order to GLI by June 25, 2026.

The parties are directed to order a transcript of the June 24 hearing and email the Court a courtesy copy. The Court will issue a subsequent order addressing the remaining discovery disputes discussed during the conference.

**The Clerk of Court is respectfully requested to close Dkt. No. 259.**

SO ORDERED.

DATED:    New York, New York
            June 24, 2026

                            *Jennifer E. Willis*
                            JENNIFER E. WILLIS
                            United States Magistrate Judge