# KING & SPALDING

King & Spalding LLP
110 N Wacker Drive
Suit 3800
Tel: +1 312 995 6333
Fax: +1 312 995 6330
www.kslaw.com

Lazar P. Raynal
Partner
Direct Dial: +1 312 764 6947
Direct Fax: +1 312 995 6330
lraynal@kslaw.com

July 8, 2026

**VIA ECF**

Honorable Jennifer E. Willis
United States Magistrate Judge
Southern District of New York
40 Foley Square, Room 425
New York, NY 10007

   Re: *Skillz Platform Inc. v. Voodoo SAS, et al.*, No. 1:24-cv-04991 (S.D.N.Y.)

Dear Magistrate Judge Willis:

   Pursuant to this Court's June 25, 2026 Order granting Plaintiff Skillz Platform Inc.'s ("Skillz") Application for Issuance of a Letter of Request for International Judicial Assistance (ECF No. 231), Skillz hereby submits a revised version of the [Proposed] Letter of Request, which is consistent with the Court's instructions. Attached as Exhibit A is the revised Letter of Request for the Court's signature and issuance to the British High Court. Attached as Exhibit B is a redline of the changes made to the original proposed request.

        Respectfully submitted,

        *Lazar Raynal*

        Lazar Raynal

cc: All Counsel of Record (ECF)