# JONES DAY

250 VESEY STREET  •  NEW YORK, NEW YORK  10281.1047

TELEPHONE: +1.212.326.3939  •  JONESDAY.COM

Direct Number:  +1.212.326.3740
hkgordon@jonesday.com

July 8, 2026

**VIA ECF**

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square, Courtroom 518
New York, NY 10007

Re: *Skillz Platform Inc. v. Voodoo SAS, et al.*, No. 1:24-cv-04991

Dear Judge Broderick:

Pursuant to Rule 5.B.iii of the Court's Individual Practices, Defendants respectfully submit this letter to file under seal Defendants' July 8, 2026 Memorandum of Law in Support of its Objections to the June 25, 2026 Order at ECF No. 263 Denying Certain Discovery (ECF No. 269) and the Declaration of Michael A. Oblon (ECF No. 270). Defendants conferred via email with Plaintiff Skillz Platform, Inc. ("Skillz") regarding the scope of this sealing request on July 8, 2026.  Skillz's counsel confirmed that all of the materials described below should be filed under seal and confirmed the proposed redactions are appropriate.

Defendants' Objections describe information derived from filings that were made on the public record in the *Skillz/Papaya* Litigation but then later sealed.

In addition, Exhibits C and D to the Declaration are the filings that were made on the public record in the *Skillz/Papaya* Litigation but then later sealed.

Exhibits E and F to the Declaration contain Defendants' RFP Nos. 36 and 40, which describe information derived from filings in the *Skillz/Papaya* Litigation that were made on the public record but then later sealed.

Exhibit I to the Declaration are Skillz's Responses and Objections to Defendants' Second Set of Interrogatories, which Skillz marked as "HIGHLY CONFIDENTIAL" on each page.

A public redacted version of Defendants' July 8, 2026 Memorandum of Law in Support of its Objections and the Declaration of Michael A. Oblon and accompanying Exhibits are filed contemporaneously herewith.

I certify that on this 8th day of July 2026 that I caused to be served by electronic mail to all counsel of record a true and correct copy of the under seal versions of Defendants' July 8, 2026

AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DETROIT • DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID
MELBOURNE • MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

JONES DAY

Hon. Vernon S. Broderick
July 8, 2026
Page 2

Memorandum of Law in Support of its Objections and the Declaration of Michael A. Oblon and accompanying Exhibits.


Respectfully submitted,

*/s/ Harold K. Gordon*

Harold K. Gordon