**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
SKILLZ PLATFORM INC.,

Plaintiff,

-against-

VOODOO SAS, *et al.*,

Defendants.
------------------------------------------------------------X

**ORDER**

**24-CV-4991 (VSB) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The parties appeared before the Court on July 20, 2026 for an in-person discovery conference regarding disputes raised in Dkt. No. 280. For reasons more fully stated on the record, the Court orders the following:

**Plaintiff's request**

- Plaintiff's first request to compel Defendants to disclose the search protocol (including search terms, custodians, locations, and hit counts) used to respond to all discovery requests is **GRANTED**. Defendants are directed to produce the search protocol to Plaintiff by **August 3, 2026**.
- Plaintiff's second request to have Defendants run a hit report on the Bot-related search terms in Exhibit A is **GRANTED**. Plaintiff's other requests in this category are otherwise **DENIED**. Defendants are to produce this hit report by **August 3, 2026**.
- The Court declines to rule on Plaintiff's third request to compel Defendants to respond to Plaintiff's latest bot-related discovery requests since the dispute is not ripe at this time.

- The Court declines to rule on Plaintiff's fourth request to produce representations to investors relating to the challenged statements in the Amended Complaint, documents relating to Ido Naim, and all legal opinion letters including to whom they were sent, since Defendants have represented that they will produce those documents by **July 24, 2026**.
- Regarding Plaintiff's fifth request to remove privilege redactions from communications with GLI/Bulletproof, Defendants are ordered to submit the email communications at issue to the Court for *in camera* review by **July 24, 2026**.
- Plaintiff's sixth request to produce documents it has withheld or redacted on relevance grounds, including the complete set of game log data originally provided to Bulletproof is **GRANTED** in part. The Court **GRANTS** Plaintiff's request to compel the complete set of game log data originally provided to Bulletproof. Further, the Court **GRANTS** Plaintiff's request to remove redactions as it relates to emails and phone numbers of Defendants' employees, **DENIES** Plaintiff's request to remove redactions of passcodes or passwords, and **HOLDS IN ABEYANCE** Plaintiff's request to remove redactions to links to source code. These reproductions shall be produced by **August 3, 2026**.
- Plaintiff's seventh request is **HELD IN ABEYANCE** regarding the production of organizational charts and corporate governance documents for all three Defendant entities and **DENIED** regarding the production of documents

related to the financial accounts and payment processes used to receive and transmit money from Blitz customers.

- Plaintiff's eighth request to compel the production of Defendants' source code is **HELD IN ABEYANCE** since the parties intend to further meet and confer regarding this issue.

**Defendants' requests**:

- Defendants' proposed special protective order regarding source code is due on **July 27, 2026**.
- Defendants' request to compel the production of requests for production regarding forward-facing financial information is considered prognostication and is therefore **DENIED**. However, any RFPs seeking backwards-looking data or present financial data is **GRANTED** and should be produced. The parties should refer to the July 20th transcript for a more detailed description of the Court's ruling.
- Defendants' request to compel the production of documents responsive to Defendants' third set of RFPs (see Dkt. No. 279 at 19–22) is **DENIED**.
- Defendants' remaining disputes are not yet ripe for the Court's intervention. As discussed during the conference, Defendants will provide Plaintiffs with a list of outstanding discovery disputes by **July 22, 2026**. Plaintiffs will provide their position by **July 27, 2026**. If the parties meet and confer regarding these issues and determine they are at an impasse, Defendants are free to file a letter motion to compel regarding these issues.

**Next steps:**

- Plaintiff's request to extend the current written discovery deadline to **October 20, 2026** is GRANTED. The parties are directed to provide a proposed plan regarding other discovery dates by **July 24, 2026**.
- Each party is to file a letter enumerating their ripe requests to compel by **August 17, 2026**. Each party will then file a response to their adversary's letter by **August 20, 2026**. Each letter shall be no more than seven pages single-spaced. All requests shall be enumerated and responses will use identical enumeration so the Court can effectively understand each party's position. The parties are to provide a courtesy copy to the Court with tabbed exhibits, double sided, in a binder by **August 21, 2026**.
- The parties will appear for oral argument on these issues on **August 27, 2026 at 10:30 AM.** The conference will be held in Courtroom 228 at the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.
- The parties are directed to order a transcript of the July 20th conference and provide a courtesy copy to the Court.

SO ORDERED.

DATED: New York, New York
July 21, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge