**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X
SKILLZ PLATFORM INC.,

Plaintiff,

-against-

VOODOO SAS, *et al.*,

Defendants.
--------------------------------------------------------------X

**ORDER**

**24-CV-4991 (VSB) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

Pursuant to the Court's order at Dkt. No. 282, Defendants submitted email communications with GLI/Bulletproof for *in camera* review to determine the sufficiency of Defendants' proposed redactions pursuant to the work product doctrine. The Court finds that while some of the redacted communications are protected under the work product, others relating to logistical matters, such as scheduling meetings, are not protected by the work product doctrine. See GMO Gamecenter USA, Inc. v. Whinstone US, Corp., No. 22-CV-5974 (JPC) (KHP), 2025 WL 1763262, at *11 (S.D.N.Y. June 25, 2025) (holding emails containing "no requests for or transmissions of legal advice and are merely transmittal emails and discussions of routine administrative and logistical matters are not within the scope of the attorney-client privilege or work product doctrine."); Brandes v. Steven Madden, Ltd., No. 24-CV-73-LDH-JRC, 2026 WL 797368, at *8 (E.D.N.Y. Mar. 23, 2026) ("To the extent that a communication only discusses routine or logistical matters, these communications are not protected by the work product doctrine.")

To that end, the Court has emailed Defendants *ex parte* with the approved redactions. Defendants are to re-produce these email communications with redactions consistent with the Court's email to Plaintiffs by **August 7, 2026**.

SO ORDERED.

DATED: New York, New York
August 5, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge