**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

SKILLZ PLATFORM INC.,

Plaintiff,

-against-

VOODOO SAS, *et al.*,

Defendants.

---------------------------------------------------------------X

**ORDER**

**24-CV-4991 (VSB) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The parties appeared before the Court on August 27, 2026 for an in-person discovery conference regarding disputes raised in Dkt. No. 293, 311, and 313. For reasons more fully stated on the record, the Court orders the following:

**Special protective order regarding source code:**

- The Court finds that the special protective order for source code entered in the Papaya case is generally sufficient and should be used as the foundation for the special protective order in this Action. The Court makes the following adjustments:
  - The parties shall follow the definition of "experts" in subsection L of the protective order already entered in this case.
  - Up to four experts are permitted to have source code access.
  - Defendants may object to an expert upon disclosure, and must prove that the risk outweighs the receiving party's need for its expert.
  - The Fifth Amendment protection provision proposed by Plaintiff shall not be included.

- The parties are to file a proposed special protective order following the above guidelines by **September 3, 2026**. To the extent the parties have competing proposed special protective orders, the parties are to file (1) clean copies of the competing proposed orders and (2) a redline between the parties' versions.

**Plaintiff's letter:**

- **Hit report**
  - Defendants have represented to the Court that the string cites in the hit report (see Dkt. No. 311-9) were run across all custodians listed in Dkt. No. 311-8 (including the four new custodians), with the exception of one email account and Defendant Voodoo SAS's' Notion database. As such, the Court finds it appropriate to determine whether Defendants must review documents captured in the hit report.
  - The hit report at Dkt. No. 311-9 contains various string cites. With the exception of the following three categories beginning with: (1) "Bot OR bots OR "bot's", (2) "fake OR phony", and (3) "robot OR robots", Defendants are directed to review all documents in the hit report for responsiveness. All responsive documents must be produced to Plaintiff by **September 11, 2026**.
  - For the above three categories, the Court finds that the string cites are too broad. The parties are ordered to meet and confer to narrow those categories. To facilitate the meet and confer process, Defendants are

ordered to provide the number of hits for each word in the three categories by **September 3, 2026**.

- Lastly, Defendants represented that they have already run searches over "bot", "bots" and "robot." See 311-10. Defendants are ordered to verify in writing to Plaintiff that all these documents have been reviewed for responsiveness by **September 3, 2026**. If there are documents that have not yet been reviewed for responsiveness, Defendants must review those documents for responsiveness and produce them to Plaintiff by **September 11, 2026**.

- **Other areas**
  - Plaintiff's request for the Court to review *in camera* the eight documents hitting on one of the 41 Bot usernames is **GRANTED**. Plaintiff's other requests for *in camera* review of other documents is **DENIED**. Defendants are directed to email those eight documents by **September 1, 2026**.

**Defendants' requests:**

- Defendants' requests are **DENIED**.

**Next steps:**

- The parties may file letter motions to compel for ripe discovery disputes pursuant to this Court's individual rules. The Court will only address letter motions that have been filed by **October 1, 2026**. The parties are reminded to send courtesy copies to the Court (double sided, tabbed, and in a binder).

- The parties will appear for oral argument on outstanding issues on **October 8, 2026 at 10:30 AM.** The conference will be held in Courtroom 228 at the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.
- The parties are directed to order a transcript of the conference and provide a courtesy copy to the Court.

**The Clerk of Court is respectfully requested to close Dkt. Nos. 311 and 313.**

SO ORDERED.

DATED: New York, New York
August 28, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge