**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

SKILLZ PLATFORM INC.,

Plaintiff,

-against-

VOODOO SAS, *et al.*,

Defendants.

---------------------------------------------------------------X

**ORDER**

**24-CV-4991 (VSB) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

Pursuant to the Court's order at Dkt. No. 323, Defendants submitted for *in camera* review eight documents hitting on one of the 41 Bot usernames noted by Plaintiff. The Court conducted this review, in part, because of Plaintiff's contention that Defendants may be improperly withholding responsive or nonprivileged documents.

Upon review, the Court finds that the eight documents are protected by attorney client privilege. The parties are reminded that any responsive, privileged documents must be disclosed on each party's privilege log.

SO ORDERED.

DATED: New York, New York
September 21, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge