**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------X

SKILLZ PLATFORM INC.,

Plaintiff,

-against-

VOODOO SAS, *et al.*,

Defendants.

--------------------------------------------------------------X

**ORDER**

**24-CV-4991 (VSB) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of the parties' various motions to seal at Dkt. Nos. 204, 252, 267, 274, 275, 278, 283, 288, 290, 294, 297, 300, 301, 309, 310, 315, 316, 319, 322, 329, and 332.

In the above motions to seal, the parties request to seal information regarding sealed documents in the Papaya case (consistent with the Court's previous rulings, see Dkt. Nos. 120, 201), sensitive commercial information, or sensitive proprietary information. These requests are therefore **GRANTED**.

Lastly, the Court **GRANTS** Defendants' request to retroactively seal Dkt. No. 285 and accept the re-filed version at Dkt. No. 289 as the public redacted version because the proposed redactions relate to sensitive proprietary information. **The Clerk of Court is therefore requested to seal Dkt. No. 285.**

**The Clerk of Court is respectfully requested to close Dkt. Nos. 204, 252, 267, 274, 275, 278, 283, 288, 290, 294, 297, 300, 301, 309, 310, 315, 316, 319, 322, 329, and 332.**

SO ORDERED.

DATED: New York, New York
October 2, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge