**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

SKILLZ PLATFORM INC.,

Plaintiff,

-against-

VOODOO SAS, *et al.*,

Defendants.

---------------------------------------------------------------X

**ORDER**

**24-CV-4991 (VSB) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The parties appeared before the Court on October 8, 2026 for an in-person discovery conference regarding letter motions to compel at Dkt. Nos. 337, 339, 341, and 344. For reasons more fully stated on the record, the Court orders the following:

**Plaintiff's motion to compel at Dkt. No. 337:**

- The Court need not rule on Plaintiff's request to compel ancillary technical documentation (which would serve as a roadmap) related to source code because Defendants have agreed to produce these documents. To the extent the parties cannot agree on the scope of these documents, they may of course raise this issue in a subsequent letter motion.
- Plaintiff's other requests outlined in the letter are otherwise **DENIED** as premature.

**Plaintiff's motion to compel at Dkt. No. 339:**

- Plaintiff expressed a concern regarding the scope of Plaintiff's review for responsiveness. Out of an avoidance of doubt, the Court finds that any documents that touch on bots in cash games (instead of non-cash games) is

responsive. Defendants are directed to confirm with Plaintiff that their document review for responsive documents in this action conforms with the Court's instruction.

- The Court need not rule on Plaintiff's request to compel Interrogatory No. 16 because Defendants have agreed to investigate whether there is a legend or glossary defining these field names.
- Plaintiff's request to compel Interrogatory Nos. 14, 17, and 18 are **GRANTED**.
- Plaintiff's request to compel Interrogatory Nos. 19 and 20 are **DENIED**.

**Plaintiff's motion to compel at Dkt. No. 341:**

- The parties should expect a forthcoming order regarding the disputes raised in this letter.

**Defendants' motion to compel at Dkt. No. 344:**

- Defendants' request to compel RFP No. 173 is **GRANTED** to the extent there is a third-party other than the company named in Defendant's letter that Plaintiff has not yet disclosed. Defendants' letter is otherwise **DENIED**.

**Next steps:**

- The parties may file letter motions to compel for ripe discovery disputes pursuant to this Court's individual rules. The Court will only address letter motions that have been filed by **December 2, 2026**. The parties are reminded to send courtesy copies to the Court (double sided, tabbed, and in a binder).
- The parties will appear for oral argument on outstanding discovery issues on **December 8, 2026 at 10:30 AM.** The conference will be held in Courtroom

228 at the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

- The parties are directed to order a transcript of the conference and provide a courtesy copy to the Court.

**The Clerk of Court is respectfully requested to close Dkt. Nos. 337, 339, and 344.**

SO ORDERED.

DATED: New York, New York
October 8, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge