JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047
TELEPHONE: +1.212.326.3939 • JONESDAY.COM

DIRECT NUMBER: +1.212.326.3740
HKGORDON@JONESDAY.COM

October 22, 2026

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 10/26/26

**VIA ECF**

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square, Courtroom 518
New York, NY 10007

Re: *Skillz Platform Inc. v. Voodoo SAS, et al.*, No. 1:24-cv-04991

Dear Judge Broderick:

Pursuant to Rule 5.B.iii of the Court's Individual Practices, Defendants respectfully submit this letter to file under seal Defendants' October 22, 2026 Memorandum of Law in Support of its Objections to the October 8, 2026 Order at ECF No. 354 Denying Certain Discovery (ECF No. 357) and the Declaration of Michael A. Oblon (ECF No. 358). Defendants conferred via email with Plaintiff Skillz Platform, Inc. ("Skillz") regarding the scope of this sealing request on October 22, 2026. Skillz's counsel confirmed that all of the materials described herein should be filed under seal and confirmed the proposed redactions are appropriate.

Defendants' Objections describe information derived from documents that Skillz produced in this action and designated "HIGHLY CONFIDENTIAL–OUTSIDE COUNSEL'S EYES ONLY" under the Protective Order (ECF No. 175), and from portions of the transcript of the October 8, 2026 discovery conference that reflect that information.

In addition, Exhibits F, G, H, I, and L to the Declaration are documents that Skillz produced in this action and marked "HIGHLY CONFIDENTIAL–OUTSIDE COUNSEL'S EYES ONLY".

Exhibit J to the Declaration is the transcript of the October 8, 2026 discovery conference, which reflects discussion of documents that Skillz designated "HIGHLY CONFIDENTIAL–OUTSIDE COUNSEL'S EYES ONLY," including materials presented to the Court in a slide deck drawn from those productions. Additionally, the October 8, 2026 transcript has not yet been filed on the docket. Therefore, neither party has submitted its proposed redactions of that transcript. Defendants therefore respectfully request leave to file Exhibit J in its entirety under seal.

A public redacted version of Defendants' October 22, 2026 Memorandum of Law in Support of its Objections and the Declaration of Michael A. Oblon and accompanying Exhibits are filed contemporaneously herewith.

Respectfully submitted,

/s/ Harold K. Gordon

Harold K. Gordon